UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

CLINT HINEMAN,

    Plaintiff,

                                                    CASE NO. 15-CV-11711
v.                                             HONORABLE GEORGE CARAM STEEH

NATIONSTAR MORTGAGE, LLC,

    Defendant.
_____/

ORDER DISMISSING ACTION FOR FAILURE TO PROSECUTE

On July 2, the court granted plaintiff's counsel's motion to withdraw (Doc. #8). The court advised the plaintiff:

> Plaintiff is ORDERED to have new counsel file an appearance on or before August 31, 2015, or to confirm his mailing address and advise the court if he wishes to proceed *pro se*. **Failure to comply with this order may result in the matter being dismissed for failure to prosecute.**

(*Id.*) (emphasis added).

New counsel has not filed an appearance on behalf of plaintiff. Nor has plaintiff confirmed his mailing address or advised the court whether he wishes to proceed *pro se*. Accordingly, this matter is DISMISSED for failure to prosecute.

IT IS SO ORDERED.

Dated: September 2, 2015

                                                    s/George Caram Steeh
                                                    GEORGE CARAM STEEH
                                                    UNITED STATES DISTRICT JUDGE

---

CERTIFICATE OF SERVICE

Copies of this Order were served upon attorneys of record on September 2, 2015, by electronic and/or ordinary mail and also on Clint Hineman, 17186 Flora Street, Melvindale, MI 48122.

s/Barbara Radke
Deputy Clerk